1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  **ADRIAN JACOBO,**                        **1:04-CV-6720 REC WMW  P**

12              **Plaintiff,**

13       **vs.**                              **ORDER VACATING ORDER OF**
                                               **JANUARY 27, 2005**
14  **PHILIP DOUGLAS, et al.,**
                                               **(DOCUMENT #6)**
15
              **Defendants.**
16  _____/

17       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18  U.S.C. § 1983.

19       On January 27, 2005, the court issued an order entitled "Order Directing Payment of

20  Inmate Filing Fee," directing the Director of the California Department of Corrections to send

21  payments to the court from plaintiff's inmate trust account for the $150.00 statutory filing fee for

22  this action.  On June 2, 2005,  plaintiff paid the balance of the filing fee by an alternate source.

23  Due to the fact that the entire filing fee has been paid, the

24  court shall vacate its order of January 27, 2005, entitled "Order Directing Payment of Inmate

25  Filing Fee," and direct the Director of the California Department of Corrections

not to send any payments to the court from plaintiff's inmate trust account for the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1.     The court's order of January 27, 2005,, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;

2.     The California Department of Corrections is directed not to send any payments to the court from plaintiff's prison trust account for the filing fee for this action; and

3.     The Clerk of Court shall serve a copy of this order on:

(1)     the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814,

(2)     the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:     July 12, 2005**                  **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE