IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

    Plaintiff,   CV F 04 6720 REC WMW   P

vs.   <u>ORDER</u>

PHILLIP DOUGLAS, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Douglas, Tennison, Micheels and Kramer Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        WARDEN KRAMER

        LIEUTENANT MICHEELS

        J. TENNISON

        C/O PHILLIP DOUGLAS

    2.    The Clerk of the Court shall send plaintiff four USM-285 forms, four summonses,

a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 17, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five copies of the endorsed complaint filed December 17, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   March 8, 2006**                    /s/  **William M. Wunderlich**
mmkd34                                              UNITED STATES MAGISTRATE JUDGE