1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

| | |
|---|---|
| **ADRAIN JACOBO,**<br><br>                          Plaintiff,<br><br>v.<br><br>**PHILLIP DOUGLAS, et al. ,**<br><br>                          Defendants. | 1:04-cv-6720 REC WMW P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |

   **GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional twenty days up to and including July 17, 2006, within which to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

**Dated:   June 23, 2006**          /s/  William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE