IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

    Plaintiff,                           CV F 04 6720 LJO WMW

    vs.                                    ORDER

PHILLIP DOUGLAS, et al.,

    Defendants.

On March 21, 2007, a proposed substitution of attorney was filed. The substitution is signed by Jeffrey D. Janoff, Esq., and substitutes Mr. Janoff in as counsel for Plaintiff. The proposed substitution does not include the signature of Plaintiff, required by Local Rule 83-182(g). Accordingly, IT IS HEREBY ORDERED that Mr. Janoff submit, within thirty days of the date of service of this order, Plaintiff's signature, indicating his consent to Mr.Janoff's representation. The Clerk's Office is directed to serve a copy of this order upon Plaintiff.

IT IS SO ORDERED.

**Dated:**    **April 11, 2007**                **/s/ William M. Wunderlich**
                                                            UNITED STATES MAGISTRATE JUDGE

1