IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

    Plaintiff,                                 CV F 04 6720 LJO WMW P

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#45)

PHILLIP DOUGLAS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding with retained counsel in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On August 16, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 16, 2007, are adopted in full; and

2. Defendants' motion to dismiss is granted.  Defendants Kramer, Micheels and Tennison are dismissed.  Plaintiff's access to courts claim is dismissed.  This action is remanded to the Magistrate Judge for further proceedings as to Defendant Douglas.

IT IS SO ORDERED.

**Dated:   September 5, 2007**                                      /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE

2