IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

      Plaintiff,            CV F 04 6720 LJO WMW P

  vs.                        FINDINGS AND REOMMENDATION RE MOTION FOR INJUNCTIVE RELIEF (DOC 10)

PHILLIP DOUGLAS, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding with retained counsel in a civil rights action. Plaintiff filed his motion for injunctive relief prior to his retention of counsel. The court will recommend denial of the motion without prejudice to its renewal should counsel deem it appropriate.

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1)(B). Within ten days afer being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d

449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).  IT IS SO ORDERED.

Dated:   September 17, 2007                    /s/  William M. Wunderlich
                                               UNITED STATES MAGISTRATE JUDGE