IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

        Plaintiff,        CV F 04 6720 LJO WMW P

  vs.                    ORDER

PHILLIP DOUGLAS,

        Defendant.

      On September 7, 2007, an order was entered, adopting the findings and recommendations of the Magistrate Judge and granting the motion to dismiss by Defendants Kramer, Micheels and Tennison.  The matter was remanded to the Magistrate Judge for further proceedings as to Defendant Douglas.

      The current deadlines for discovery and the filing of pretrial dispositive motions have passed.  Defendant Douglas earlier requested leave to extend the deadlines for discovery and the filing of dispositive motions.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The discovery cut-off in this matter is January 3, 2008.

      2. The deadline for filing pretrial dispositive motions is February 5, 2008.IT IS SO ORDERED.

      **Dated:   October 1, 2007**       **/s/  William M. Wunderlich**

1                                    UNITED STATES MAGISTRATE JUDGE