IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN JACOBO,

    Plaintiff,        CV F 04 6720 LJO WMW PC

vs.                 ORDER DISMISSING ACTION

PHILLIP DOUGLAS,

    Defendant.

On September 7, 2007, an order was entered, adopting the findings and recommendations of the Magistrate Judge, and granting the motion to dismiss by Defendants Tennison, Kramer and Micheels. This action was remanded to the Magistrate Judge for further proceedings as to Defendant Douglas, the sole remaining Defendant.

On March 21, 2008, counsel for Plaintiff and counsel for Defendant submitted a stipulation for voluntary dismissal with prejudice. The parties agree that in accordance with Federal Rule of Civil Procedure 41(a)(1) (ii), this action shall be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to stipulation of the parties. The Clerk's Office is directed to close this case.

IT IS SO ORDERED.

**Dated:   March 24, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1